# Exhibit A

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF TEXAS
 2                         HOUSTON DIVISION

 3    UNITED STATES OF AMERICA        .  CR. NO. H-09-629
                                      .  HOUSTON, TEXAS
 4    VS.                             .
                                      .  SEPTEMBER 30, 2010
 5    JOHN JOSEPH O'SHEA              .  9:30 A.M. to 11:10 A.M.

 6

 7                      TRANSCRIPT of CONFERENCE
                 BEFORE THE HONORABLE LYNN N. HUGHES
 8                  UNITED STATES DISTRICT JUDGE

 9

10    APPEARANCES:

11
      FOR THE GOVERNMENT:             MS. NICOLA J. MRAZEK
12                                    Department of Justice
                                      Criminal Division
13                                    1400 New York Ave, NW
                                      Bond Building 4404
14                                    Washington, DC 20005

15                                    MR. GREGG J. COSTA
                                      Office of the U.S. Attorney
16                                    P.O. Box 61129
                                      Houston, Texas   77208-1129
17

18
      FOR THE DEFENDANT:              MS. SARAH M. FRAZIER
19                                    MS. ASHLEY L. GARGOUR
                                      MR. JOEL ANDROPHY
20                                    Berg & Androphy
                                      3704 Travis
21                                    Houston, Texas   77002

22

23

24
      Proceedings recorded by mechanical stenography, transcript
25    produced by computer-aided transcription.
```

1                      APPEARANCES CONTINUED

2

ALSO PRESENT:                        MR.  LARRY  URGENSON
3                                    MS.  LAURA  FRAEDRICH
                                     MR.  BILL  ROSCH
4

5

OFFICIAL COURT REPORTER:             MS.  KATHY  L.  METZGER
6                                    U.S.  Courthouse
                                     515 Rusk
7                                    Room 8016
                                     Houston,  Texas    77002
8                                    713-250-5208

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    and she would get the witness to identify a transaction and

2    then from whom and to whom and how much money and it would be

3    an arrow that -- pulled out an arrow with that on it and stuck

4    it and it sat there for a better part of the morning and when

5    you were finished, there was a mass of arrows going every which

6    way, with no -- and in no case was there a corresponding

7    document, you know, no wire transfer.  There wasn't a loan

8    document.  There just was random stencil.

9              It doesn't have to be like that, but something

10   with --

11             MS. MRAZEK:  Yes, Your Honor, we'll do some serious

12   work to make sure that it's visually --

13             THE COURT:  But case agents don't know anything.

14             MS. MRAZEK:  Your Honor --

15             THE COURT:  And did she actually work on the case?

16             MS. MRAZEK:  She did.

17             THE COURT:  Okay.  Because if she did the work, she

18   probably ought to get the face time rather than having somebody

19   else step in and say that I want to do that.

20             Okay.  Well, what have we got?  A couple of ABB

21   people and a couple of co-conspirators.  I take it nobody from

22   Mexico?

23             MS. MRAZEK:  Well, the co-conspirators are obviously

24   from Mexico.

25             THE COURT:  Yeah, I know, but no --

1          MR. COSTA:  No government officials.

2          MS. MRAZEK:  No, no government officials at this point

3   have volunteered, Your Honor.  I'll let you know as soon as I

4   hear that they're willing to come in and fess up.

5          THE COURT:  The fellow that I extradited, the head of

6   Pemex, after he went back, it turns out that the new head of

7   Pemex had framed him.  And the general counsel of Pemex, the

8   new general counsel was asked about it at the preliminary

9   hearing after I sent him back, said, "Oh, this guy didn't do

10   that.  My boss faked those."  So, they just traded places.  He

11   didn't get to go back until he was -- who was the president

12   before Fox?  Anyway, so, the original person indicted was in

13   the previous administration.  So, it does work sometimes.

14                    Anybody else?

15          MS. MRAZEK:  Well, Your Honor, I said that, you know,

16   we don't anticipate any problems getting our evidence in, so we

17   won't need a whole host of custodians.  Obviously I would like

18   to reserve the ability to call custodians.

19          THE COURT:  Absolutely, but do you now know of any

20   problem with authenticity of records other than the records

21   that are admittedly inauthentic?

22          MR. ANDROPHY:  We have document issues still, but --

23          THE COURT:  Like what?

24          MS. FRAZIER:  Yes, we do, Your Honor.  We would like

25   to get to that, if you're ready.

1        MR. ROSCH:  Good to see you.

2        MS. MRAZEK:  Thank you, Your Honor.

3        MR. COSTA:  Thank you, Judge.

4        MR. ANDROPHY:  Thanks, Judge.

5      (Concluded at 11:07 a.m.)

6                              *  *  *

7    I certify that the foregoing is a correct transcript from the

8    record of proceedings in the above-entitled cause, to the best

9    of my ability.

10

11   /s/ *Kathy L. Metzger*                    *10-13-10*
     Kathy L. Metzger                          Date
12   Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25