JUDGE: Lynn N. Hughes
CASE MANAGER: Glenda Hassan
REPORTER  Barron   INTERPRETER _____

☒ LAW CLERK  Wilder  ☐ INTERN _____

TIME: 3:15 pm TO 6:05 p.m. m. / _____ TO _____ .m.   DATE: October 31, 2011

CR. NO. H- 09-629

UNITED STATES OF AMERICA                    §   Costa; Mrazek _____ AUSA
              vs.                           §
                                            §
Deft. No.    Deft. Name                     §
_____  John Joseph O'Shea  §  Frazier _____ ☐ CJA
_____  _____  §  Gargour _____ ☐ CJA
_____  _____  §  Andruphy _____ ☐ CJA
_____  _____  §  _____ ☐ CJA
_____  _____  §  _____ ☐ CJA
_____  _____  §  _____ ☐ CJA

add'l defts. on second page

**Hearing**

☒ Hearing held on:
  ☐ all pending motions
  ☒ these topics: motion to dismiss indictment (80); motion to quash trial subpoena (87); motion for sanctions (95); objections to evidence (98)

☐ **Evidence presented** (exhibits admitted or testimony given) on: _____

☒ *Order to be entered.*
☐ All motions not expressly decided are denied without prejudice to being reurged.
☐ Change of plea hearing held; deft withdraws plea of guilty.
☐ Jury trial set _____, at _____ m.
☐ Deft ___ bond set/reduced to $ ___ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Deft ___ bond ☐ continued ☐ forfeited.
☐ Deft ___ failed to appear, bench warrant to issue.
☐ Deft ___ remanded to custody.
☐ Other Rulings: _____