| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

The United States of America, §
§
      Plaintiff, §
§
versus §      Criminal H-09-629
§
John Joseph O'Shea, §
§
      Defendant. §

## Order Resetting Trial

Jury selection and trial are reset to:

January 10, 2012,
at 9:00 a.m.
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002

Signed on November 1, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge