| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

The United States of America, §
       Plaintiff, §
versus § Criminal H-09-629
John Joseph O'Shea, §
       Defendant. §

## Management Order

1. O'Shea's motion to dismiss the indictment is denied. (80)

2. O'Shea's motion for sanctions is denied. (95)

3. O'Shea must give the government his trial exhibits by November 4, 2011.

4. A hearing will be held before Judge Lynn N. Hughes on pending motions.

November 10, 2011,
at 9:00 a.m.
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002

Signed on November 1, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge