| United States District Court | Southern District of Texas |
|---|---|

The United States of America,           §
                                         §
            Plaintiff,                   §
                                         §
versus                                   §            Criminal H-09-629
                                         §
John Joseph O'Shea,                      §
                                         §
            Defendant.                   §

## Order on Confidentiality

ABB's documents are confidential, except the ones that will be used during the public trial. (27)

Signed on November 1, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge