JUDGE: Lynn N. Hughes
CASE MANAGER: Glenda Hassan
REPORTER _____  INTERPRETER _____
☒ LAW CLERK Wider   ☐ INTERN _____

Time 9:06 a.m. | 5:55 p.m. _____ | _____ P.M.   Date: January 16, 2012
     begin      end           begin      end

CR. NO. 9-629

United States of America
         vs.                     § Varnado, Duross; Mrazek    AUSA
                                 §
Deft. No.   Deft. Name           §
   1        John O'Shea          § Andrusky          ☐ CJA
   _____    _____        § Frazier           ☐ CJA
   _____    _____        § Gargoul           ☐ CJA
   _____    _____        §                   ☐ CJA
   _____    _____        §                   ☐ CJA
   _____    _____        §                   ☐ CJA

additional defts on second page

(Jury) Bench  Trial - Day 4
(circle one)

☐ Deft no. _____ failed to appear, bench warrant to issue
☐ Bench trial begins.
☐ Voir dire begins.   ☐ Jury selected and sworn.   ☐ Jury trial begins.
☒ ☒ Govt ☐ Deft evidence presented.   ☒ Evidence concluded.
☐ Final arguments.   ☐ Court's charge to the jury.   ☐ Jury deliberating.
☐ Jury verdict   ☐ guilty/cts _____   ☐ not guilty/cts _____
☒ Court verdict   ☐ guilty/cts _____   ☒ not guilty/cts 2 through 13
☐ See page two for multiple deft. verdict   ☐ Trial ends.
☐ Order for PSI setting Disclosure and Sentencing dates signed.
☐ Sentencing set _____ at _____.
☐ Deft no. _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied.
☐ Deft no. _____ bond ☐ set at $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Govt oral motion to remand deft _____ to custody pending sentencing
     ☐ granted ☐ denied.
☐ Deft no. _____ remanded to custody.
☐ Deft no. _____ bond ☐ continued ☐ forfeited.
☐ Rulings: _____
☒ Other: Order to be entered

Adjourned until _____.