| United States District Court | Southern District of Texas |
|---|---|

The United States of America, §
§
      Plaintiff, §
§
versus § Criminal H-09-629
§
John Joseph O'Shea, §
§
      Defendant. §

## Order on Acquittal

John Joseph O'Shea is acquitted of charges two through thirteen.

Signed on January 17, 2012, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge