UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

United States of America            §
                                    §
versus                              §         Criminal 4: _09 . 629_
                                    §
_John Joseph O'Shea_                §
                                    §

## Conference Memorandum

Counsel: _Jason Varnado_                Representing:
_Charles Duross_
_Laura Friedrich_                       P: United States of America
_Joel Androphy_                         _ABB_
_Sarah Frazier_                         _D. O'Shea_
_Ashley Gargour_

Date: ~~September~~ _January_ 27, 2012    Reporter: _Carlisle_

Started: _2:00 p.m._                      Ended: _2:17 p.m._

At the conference, these rulings were made:

☑ Order to be entered.
☐ A pretrial conference is set for:     _____ on _____, 201_.
☐ A hearing is set for:                 _____ on _____, 201_.
☐ Trial preparation to be completed by: _____, 201_.
☐ A trial is set for:                   _____ on _____, 201_.
   ☐ Bench    ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due:             _____, 201_.
☑ Internal review deadline              _February 13_, 2012.

                                        _____
                                        Lynn N. Hughes
                                        United States District Judge