Mar-08-2012 11:29 AM King & Spalding (404) 572-5123                                      2/2

| AO 435 (Rev. 03/08) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|

**TRANSCRIPT ORDER**

DUE DATE:

Please Read Instructions:

| 1. NAME  Frederick M. Smith | 2. PHONE NUMBER  404-572-4714 | 3. DATE  3/7/12 |
|---|---|---|

| 4. MAILING ADDRESS  c/o King+Spalding LLP  1180 Peachtree St. Suite 1700 | 5. CITY  Atlanta | 6. STATE  GA | 7. ZIP CODE  30309 |
|---|---|---|---|

| 8. CASE NUMBER  4:09 cr 00629 | 9. JUDGE  Hughes | DATES OF PROCEEDINGS |
|---|---|---|

| 10. FROM  1/16/12 | 11. TO  1/16/12 |
|---|---|

| 12. CASE NAME  USA v. O'Shea | LOCATION OF PROCEEDINGS |
|---|---|

| 13. CITY  Houston | 14. STATE  TX |
|---|---|

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

United States Courts
Southern District of Texas
FILED
MAR 08 2012
David J. Bradley, Clerk of Court

**16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE |  | [ ] TESTIMONY (Specify Witness) |  |
| [ ] OPENING STATEMENT (Plaintiff) |  |  |  |
| [ ] OPENING STATEMENT (Defendant) |  |  |  |
| [ ] CLOSING ARGUMENT (Plaintiff) |  | [ ] PRE-TRIAL PROCEEDING (Spcy) |  |
| [ ] CLOSING ARGUMENT (Defendant) |  |  |  |
| [ ] OPINION OF COURT |  |  |  |
| [ ] JURY INSTRUCTIONS |  | [x] OTHER (Specify) Jury Trial | 1/16/12 |
| [ ] SENTENCING |  |  |  |
| [ ] BAIL HEARING |  |  |  |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES |  |  |
| 14-Day | [ ] | [ ] | NO. OF COPIES |  |  |
| EXPEDITED | [ ] | [x] | NO. OF COPIES  1 |  |  |
| DAILY | [ ] | [ ] | NO. OF COPIES |  |  |
| HOURLY | [ ] | [ ] | NO. OF COPIES |  |  |
| REALTIME | [ ] | [ ] |  |  |  |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE  Frederick M. Smith

- [x] EMAIL ONLY REQUIRED
- [ ] EMAIL AND HARD COPY REQUIRED

19. DATE  3/8/12

- [x] EMAIL ADDRESS:  fsmith@kslaw.com

20. TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS:  g.crawford@kslaw.com

| ORDER RECEIVED | DATE | BY | |
|---|---|---|---|
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES |  |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT |  |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE |  |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

Mar-08-2012 11:29 AM King & Spalding (404) 572-5123                                      1/2

# KING & SPALDING

**King & Spalding LLP**
**1180 Peachtree Street, NE**
**Atlanta, Georgia 30309-3521**
**Tel: +1 404 572 4600**
**Fax: +1 404 572 5100**

www.kslaw.com

# F A C S I M I L E

◆

*Important Notice: This facsimile transmission is intended to be delivered only to the named addressee, and may contain material that is confidential, proprietary or subject to legal protection or privilege. If it is received by anyone other than the named addressee, the recipient should immediately notify the sender at the address and telephone number set forth herein and obtain instructions as to the disposal of the transmitted material. In no event should such material be read or retained by anyone other than the named addressee, except by express authority of the sender or the named addressee.*

◆

**DATE:  March 8, 2012 (11:24 AM)**

| Recipient | Company | City/State | Telephone # | Fax # |
|---|---|---|---|---|
| Clerk's Office | USDC SDTX | Houston, TX | | 713-250-5937 |

**FROM:**  Frederick M. Smith                    **Our Ref. #:**  02264-124001-111204

**NUMBER OF PAGES (Including Cover Page): 2**

**MESSAGE:**

Request for copy of transcript of jury trial proceedings on 1/16/2012 in Case No. 4:09cr00629 USA v O'Shea.  Please can you give me an estimate on Expedited Delivery of the Transcript ?

Also please note two email addresses for delivery of the Transcript: dcrawford@kslaw.com and fsmith@kslaw.com

**Thank you.**

Please check that all pages are received.  In case of problems, please call  Frederick M. Smith at 404-572-4714.

All return telecopy messages should be sent to 1 404 572 5123. Thank you.